## SOUTH HIGHLANDS INFIRMARY v. IMPERIAL LAUNDRY CO.

6 Div. 412.

Supreme Court of Alabama.

June 22, 1933.

W. Emmett Perry and Caesar Powell, both of Birmingham, for petitioner.

Amzi G. Barber, of Birmingham, opposed.

PER CURIAM.

Petition of South Highlands Infirmary for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in South Highlands Infirmary v. Imperial Laundry Co., 25 Ala. App. 461, 149 So. 106.

Writ denied. Postal Tel.-Cable Co. v. Minderhout, 195 Ala. 420, 71 So. 91.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.